# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEMOGE; ROXINA LEMOGE, | CASE NO. 07cv0620-ALB (AJB) |
| Plaintiffs, | **DISMISSAL ORDER** |
| vs. | |
| UNITED STATES OF AMERICA; and DOES 1 to 100, inclusive, | |
| Defendants. | |

By Order entered September 19, 2007, this court instructed plaintiff within ten (10) days to file a Notice of Voluntary Dismissal pursuant to FED.R.CIV.P. 41(a)(1) or a Declaration showing good cause why the court should not dismiss this action for failure to prosecute.  Dkt No. 3.  As of the date of this Order, plaintiff has filed no response.  As noticed in the Order To Show Cause, **IT IS HEREBY ORDERED** the court accordingly *sua sponte* dismisses this action in its entirety, without prejudice.

**IT IS SO ORDERED**.

DATED:  October 9, 2007

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv0620